JASPER MORTON, Complainant, *vs.* THE FRANKLIN COMPANY.

*Complaint for flowage; must aver respondent's ownership of land on which dam is built.*

A complaint for flowage, under R. S., c. 92, § 1, containing no allegation of the respondent's ownership of the land upon which the dam causing the injury is erected, held fatally defective upon demurrer; affirming *Jones v. Skinner*, 61 Maine, 25.

ON EXCEPTIONS.

The respondents demurred to the complaint because it contained no allegation of the respondents' ownership of the land upon which the dam which caused the flowage was erected and maintained. The demurrer was overruled and the respondents excepted.

*Frye & Cotton*, for the respondents.

*M. T. Ludden*, for the complainant.

WALTON, J. This is a complaint for flowage. It contains no allegation of the defendant's ownership of the land on which the dam causing the flowage was erected. It was decided in *Jones v. Skinner*, 61 Maine, 25, that such a complaint is fatally defective.

*Exceptions sustained.*

*Complaint adjudged bad.*

APPLETON, C. J., DICKERSON, BARROWS, DANFORTH and VIRGIN, JJ., concurred.